IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01303-BNB

QUENTIN E. OLER,

      Plaintiff,

v.

LOGAN COUNTY JAIL,
GIDGET HJELM, Correctional Sergeant, Logan County Jail,
JOHN JOHNSON, Administrator, Logan County Hail, and
OFFICER RIOS, Correctional Officer, Logan County Jail,
      all in their individual and official capacities,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 9 2007

GREGORY C. LANGHAM
                  CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Quentin E. Oler, was a prisoner incarcerated in Wheatland, Wyoming. He filed **pro se** a civil rights complaint for money damages and declaratory relief pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993). He was granted leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915 (2006), and paid the initial partial filing fee.

On August 6, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Oler to file within thirty days an amended complaint that sued the proper parties and that alleged the personal participation of each named Defendant. Magistrate Judge Boland warned Mr. Oler that if he failed within the time allowed to file an amended complaint that complied with the August 6 order, the complaint and the action would be dismissed without further notice.

On August 13, 2007, the copy of the August 6, 2007, order mailed to Mr. Oler was returned to the Court in an envelope marked "RTS," "No Longer @ This Facility," and "Not Deliverable as Addressed Unable to Forward." Mr. Oler has failed within the time allowed to file an amended complaint as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to file an amended complaint as directed or to prosecute.

DATED at Denver, Colorado, this _18_ day of _____Sept._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-01303-BNB

Quentin E. Oler
Platte County Detention Oler
PO Box 1029
Wheatland, WY 82201-1029

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the above-named individuals on ___9-19-7___

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk